# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:15-cv-02320-DME-MEH

Taiwo Animashaun,

    Plaintiff,

v.

Budget Control Services, Inc.

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and being fully advised in the premises:

IT IS ORDERED that this case is dismissed with prejudice, each party to bear his or its respective attorney fees and costs.

Dated this 4th day of January, 2016.

BY THE COURT:

*s/ David M. Ebel*

_____
United States District Court Judge